MARGATE COMPANY, complainant,

*v.*

CHARLES B. PENROSE et al., defendants.

[Argued and decided June 27th, 1913.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. H. Starr Giddings,* for the complainant.

*Messrs. Bourgeois & Coulomb,* for Armend L. Bartlett, appellant.

PER CURIAM.

This is a bill for partition of lands. The title of the complainant to an undivided three-eighths is not disputed. The title of the appellant is questioned by some of her co-defendants. She applied for an order staying proceedings until the title could be determined at law. The vice-chancellor refused the stay and she appealed. We think it unnecessary to consider the effect of the act of 1912. *P. L. 1912 p. 324.* The complainant has a right to proceed with her suit for partition and cannot be deprived of that right by a controversy between the defendants. *Phelps* v. *Green, 3 John. Ch. 302; Egner* v. *Meis, 36 Atl. Rep. 943.*

The order is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—12.

*For reversal*—None.